**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DREW MATTHEW HOEHNER | No. 2:25-cr-00148-LEW |

**AMENDED JOINT MOTION TO CONTINUE TRIAL AND EXTEND PRETRIAL MOTIONS DEADLINE**

The United States of America and Drew Matthew Hoehner, through respective undersigned counsel, respectfully moves this Honorable Court to continue the above-captioned case off the May trial list and extend the deadline to file pretrial motions. In support of this motion, the parties state the following:

1. The parties have been in discussions regarding the potential for a resolution of the case short of a fully contested trial by jury;
2. Counsel for the defendant has retained an expert in this matter that requires additional time to conduct a review of material in Mr. Hoehner's defense;
3. Additional time may serve to effectuate judicial economy by allowing for a resolution of the case without a trial;
4. The parties seek to continue the matter to the September 2026 trial list, and accordingly/likewise an extension of time to file any pretrial motions;
5. The defendant, through his counsel, William Bly, Esq, waives his rights under the Speedy Trial Act for the time period April 21, 2026, to August 21, 2026, for motions, and from May 4, 2026, through September 1, 2026, for trial.

Dated: April 10, 2026

Respectfully submitted,

ANDREW B. BENSON
United States Attorney

BY: */s/ Peter I. Brostowin*
Peter I. Brostowin
Assistant United States Attorney
United States Attorney's Office
100 Middle Street, East Tower, 6th Floor
Portland, Maine 04101
(207) 780-3257
Peter.Brostowin@usdoj.gov

Dated: April 10, 2026

WILLIAM T. BLY
Attorney for Drew Hoehner

BY: /s/ William T. Bly
Maine Bar No. 009776
The Maine Criminal Defense Group
119 Main Street
Kennebunk, ME 04043
Telephone: 207.571.8146

## CERTIFICATE OF SERVICE

I hereby certify that on April 10, 2026, I electronically filed the Joint Motion to Continue with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the following:

William Bly, Esq.
Counsel for Defendant

ANDREW B. BENSON
UNITED STATES ATTORNEY

by: _/s/ Grace Herrick_
GRACE HERRICK
Paralegal Specialist

on behalf of: Peter I. Brostowin
Assistant United States Attorney
U.S. Attorney's Office
100 Middle Street
Portland, Maine 04101
(207) 780-3257
Peter.Brostowin@usdoj.gov