UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 2:25-cr-00148-LEW |
| | ) | |
| DREW HOEHNER | | |

***UNOPPOSED*** MOTION TO CONTINUE JURY SELECTION DATE AND
EXTEND DEADLINE FOR PRETRIAL MOTIONS

**NOW COMES** the Defendant, Drew Hoehner, by and through his attorney, William T. Bly, and hereby respectfully moves that this Honorable Court continue the Jury Selection date and extend the previously set pretrial deadlines. As grounds for this Motion and in support thereof, the Defendant asserts the following:

1. This matter is scheduled for Jury Selection on January 4, 2027, and January 5, 2027.

2. The deadline for the filing of pretrial Motions is November 30, 2026.

3. Undersigned counsel respectfully requests that the pretrial Motion deadline be extended by a period of 90 days, and that this matter be removed from the current January trial list and be reset for Jury Selection for a later date to be determined by the Court for the following reasons:

    i. Undersigned Counsel spoke with the expert witness who needs additional meetings with Defendant in order to draft a report.
    ii. Undersigned Counsel plans to provide the report to the Government to consider as part of his ongoing negotiation efforts.
    iii. Undersigned Counsel believes there is a possibility of a potential resolution in this matter, and therefore, additional time is needed to obtain a report for the Government's review and consideration, as well as to have time to work on a potential resolution with the Government.

4. Undersigned counsel contacted the Government, specifically AUSA Peter Brostowin, who indicated that the Government **DOES NOT** object to the granting of this Motion.

5. The Defendant understands and agrees that he is waiving any and all rights he might have under the Speedy Trial Act, 18 U.S.C. §§ 3161.

**WHEREFORE**, the Defendant moves this Honorable Court to grant this Motion to Continue and to Extend the Deadline for Pretrial Motions, extends the pretrial Motion deadline by 90 days, that this matter be removed from the current trial list, and continue the scheduled Jury Selection to a date to be determined by the Court.

Dated: November 5, 2026

WILLIAM T. BLY
Attorney for Drew Hoehner

/s/ William T. Bly
Maine Bar No. 009776
The Maine Criminal Defense Group
119 Main Street
Kennebunk, ME 04043
Telephone: 207.571.81

CERTIFICATE OF SERVICE

I, William T. Bly, Esq. hereby certify that the foregoing Unopposed Motion to Continue and Extend Deadline for Pretrial Motions has been electronically sent to Asst. U.S. Attorney Peter Brostowin for the Office of the United States Attorney on the 5th day of November, 2026, through the Court's ECF System.

/s/ William T. Bly, Esq.
Maine Bar No. 009776
Attorney for the Defendant
The Maine Criminal Defense Group
119 Main Street
Kennebunk, ME 04043